June 26, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

BRETT RICHARDS, Appellant

NO. 14-13-00413-CV                V.

CHRIS TEBBE, Appellee

_____

This cause, an appeal from the judgment signed February 18, 2013 in favor of appellee Chris Tebbe, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Brett Richards to pay all costs incurred in this appeal.

We further order this decision certified below for observance.